UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-24790-CIV-MARTINEZ-BECERRA

JUANA TEJEDA,

    Plaintiff,

v.

COSTCO WHOLESALE CORP.,

    Defendant.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendant's Verified Amended Motion for Attorneys' Fees and Costs, (ECF No. 164), ("Motion"). (ECF No. 165.) Judge Sanchez filed an R&R recommending that the Motion be granted in part and denied in part. (ECF No. 172.)

Accordingly, after careful consideration, it is hereby **ADJUDGED** that

1. Judge Sanchez's R&R, (ECF No. 172), is **AFFIRMED** and **ADOPTED**.

2. The Motion, (ECF No. 164), is **GRANTED IN PART AND DENIED IN PART** as set forth in the R&R. Defendant shall be awarded $119,588.00 in attorneys' fees and $0 in taxable costs.

**DONE AND ORDERED** in Miami, Florida, this 18 day of September, 2024.

                                                                             JOSE E. MARTINEZ
                                                                             UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record